NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMKOR TECHNOLOGY, INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee.*

**and**

**CARSEM (M) SDN BHD, CARSEM SEMICONDUCTOR SDN BHD (ALSO KNOWN AS RECAMS SDN BHD), AND CARSEM, INC.,**
*Intervenors.*

---

2010-1550

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-501.

---

**ON MOTION**

---

**ORDER**

Upon consideration of the unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion is granted.  The revised official caption is reflected above.

FOR THE COURT

NOV   1 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Constantine L. Trela, Jr., Esq.
Michael Liberman, Esq.
Louis S. Mastriani, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 1 2010

JAN HORBALY
CLERK